

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**GREGORY ACCARINO**
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

October 13, 2023

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Juan Solano v. City of New York, et al.
                23 Civ. 3285 (PGG)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York and Detective Michael Corvi ("defendants") in the above-referenced matter. The parties write jointly to respectfully request that the Court adjourn the October 26, 2023 initial pretrial conference until a date after November 13, 2023, once the parties have completed the mediation session set forth by Local Rule 83.10 ("the Plan").[1] This is the parties' first such joint request. The defendants previously requested one adjournment of the initial pretrial conference, with plaintiff's consent, which was granted by the Court. See ECF 13, Order, July 14, 2023.

      By way of background, the parties had a Plan mediation session scheduled for October 5, 2023, which was re-scheduled for November 13, 2023, due to the receipt of additional documents from the United States Department of Homeland Security, which are essential to the evaluation of this case. Accordingly, the parties respectfully request that the October 26, 2023 initial pretrial conference be re-scheduled until after the November 13, 2023 Plan mediation session takes place, allowing the parties to fulfill all the requirements set forth by the Plan.

---

[1] The undersigned respectfully notes he will be unavailable December 1, 2023 and December 5, 2023 through December 13, 2013.

Therefore, the parties jointly write to respectfully request the Court adjourn the October 26, 2023 initial pretrial conference until a date after November 13, 2023, once the parties have completed the mediation session set forth by the Plan.

The parties thank the Court for its consideration therein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF:**
Evan Brustein, Esq.
*Attorney for Plaintiff*

**MEMO ENDORSED:** It is hereby ORDERED that the conference in this matter currently scheduled for October 26, 2023 is adjourned to **Thursday, November 16, 2023, at 10:15 a.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: October 19, 2023