

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

GREGORY ACCARINO
*Senior Counsel*
phone: (212) 356-1945
gaccari@law.nyc.gov

November 15, 2023

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Juan Solano v. City of New York, et al.</u>
               23 Civ. 3285 (PGG)

Your Honor:

      I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel for the City of New York, and attorney for defendants City of New York and Detective Michael Corvi ("defendants") in the above-referenced matter. The defendants write, with plaintiff's consent, to respectfully request that the Court adjourn the November 30, 2023 initial pretrial conference until December 11, 13, or 20, 2023. This is the defendants' first such request after the parties jointly wrote to adjourn the November 16, 2023 conference and withdraw from Local Rule 83.10 ("the Plan") on November 3, 2023, which was granted by the Court. <u>See</u> ECF No. 16, Letter Motion, November 3, 2023; ECF No. 17, Order, November 6, 2023.

      By way of background, the Court adjourned the November 16, 2023 conference until November 30, 2023 after the parties informed the Court that the United States Attorney's Office in the Southern District of New York ("USAO SDNY") might become involved in the representation of defendant Corvi. The undersigned has a conflict on November 30, 2023 with a previously scheduled deposition in another matter. (<u>See</u> <u>Oliver Louis, et al. v. City of New York, et al.</u>, 22-CV-7690 (RPK) (CLP) E.D.N.Y., ECF No. 25, Status Letter, October 23, 2023; ECF No. 26, Order, October 24, 2023). The parties have conferred with USAO SDNY concerning their availability, and the defendants respectfully submit the parties will be available December 11, 13, and 20, 2023 for a conference.

Accordingly, the defendants respectfully request, with plaintiff's consent, that the Court adjourn the November 30, 2023 initial pretrial conference until December 11, 13, or 20, 2023.

The defendants thank the Court for its consideration therein.

Respectfully submitted,

/s/ Gregory J.O. Accarino

Gregory J.O. Accarino
*Senior Counsel*
Special Federal Litigation Division

cc: **By ECF:**
Evan Brustein, Esq.
*Attorney for Plaintiff*

**MEMO ENDORSED:** The application is denied.

SO ORDERED.

Paul G. Gardephe
United States District Judge
Dated: November 15, 2023