UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN SOLANO,

                Plaintiff,

      v.

THE CITY OF NEW YORK and
DETECTIVE MICHAEL CORVI,
individually and as a Member of the New
York City Police Department

                Defendants.

**ORDER**

23 Civ. 3285 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The United States will submit a letter by **December 14, 2024**, stating whether it will be representing Defendant Michael Corvi in this action.

        By **December 21, 2023**, the parties will file a joint letter stating each party's position as to how this case should proceed.

Dated: New York, New York
       November 30, 2023

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge