

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 26, 2024

**By ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Solano v. City of New York, et al.*, No. 23

Dear Judge Gardephe:

**MEMO ENDORSED:** The conference scheduled for March 12, 2024, is adjourned <u>sine die</u>. The Government will file the pre-motion letter by March 12, 2024.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: February 29, 2024

I am an Assistant United States Attorney in the Southern District of New York. I am writing to inform the Court that this Office has taken over representation for Defendant Detective Michael Corvi ("Det. Corvi"), in the above-referenced matter. I write to respectfully request that the court conference at 9:30 A.M. on March 12, 2024, requiring the appearance of a representative from the Civil Division at the Department of Justice ("DOJ"), *see* ECF No. 28, be adjourned because DOJ has approved the representation request for Det. Corvi. Counsel for New York City and Plaintiff's counsel consent to this adjournment.

Pursuant to the Court's Order, ECF No. 28, and consistent with Your Honor's Individual Practices, I intend to file on behalf of Det. Corvi a letter requesting a pre-motion conference setting forth the basis for a Rule 12(c) motion for a judgment on the pleadings by March 12, 2024.

I thank the Court for its attention to this matter and its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   */s/ Dana Walsh Kumar*
DANA WALSH KUMAR
Assistant United States Attorney
Tel.:   (212) 637-2741
Email: Dana.Walsh.Kumar@usdoj.gov

cc:   Plaintiff's Counsel (By ECF)
Gregory Accarino, Counsel for New York and Det. Corvi (By ECF)

1